[No. 37870-8-I.    Division One.    September 2, 1997.]

JANET M. MOORE, *Respondent*, v. JOHN R. HIGGENBOTTOM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-3-08658-5, Stephen M. Gaddis, J. Pro Tem., entered November 21, 1995. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Coleman and Grosse, JJ.

[No. 38103-2-I.    Division One.    September 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN O. CRAWFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03588-1, JoAnne Alumbaugh, J., entered January 12, 1996. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Webster, J.

[No. 38107-5-I.    Division One.    September 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC RENE DANIELS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06109-1, Robert H. Alsdorf, J., entered February 9, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Kennedy, J.

[No. 38115-6-I.    Division One.    September 2, 1997.]

FRANCES LEE, ET AL., *Respondents*, v. JON LOZIER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-10723-2, Peter Jarvis, J., entered January 8, 1996. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Cox, J. Now published at 88 Wn. App. 176.